The application is granted but the request for nunc pro tunc entry is denied for failure to comply with E.D. Tenn. 2014-1.

**SO ORDERED.**
**SIGNED this 9th day of March, 2017**

/s/ Suzanne H. Bauknight
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

---

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**MICHELLE B. ROBERTS**                          Case No. **3:17-BK-30212-SHB**
                                                                Chapter 7

Debtor.

## ORDER

Upon the ex parte application of Michael H. Fitzpatrick, Trustee, seeking authority to employ Ryan E. Jarrard and Quist, Fitzpatrick & Jarrard, PLLC as his attorneys to represent the estate with respect to investigating a potential fraudulent conveyance of the estate's interest in real property located in Harriman, Tennessee and to sell that interest for the benefit of the estate, and to assist with all other needs of the estate., and it appearing to the Court that said Ryan E. Jarrard and Quist, Fitzpatrick & Jarrard, PLLC are attorneys duly authorized to practice before this Court and that the Court is satisfied that said attorneys do not hold or represent any interest adverse to the estate, and are disinterested persons within the meaning of 11 U.S.C. §101(14), and that the provisions of Fed. R. Bankr. P. 2014(a) have been satisfied, the application is **GRANTED.**

Michael H. Fitzpatrick, Trustee, shall be and he hereby is, authorized to employ Ryan E. Jarrard and Quist, Fitzpatrick & Jarrard, PLLC, attorneys, under the terms and conditions set forth in his application. The total compensation to be paid to said attorneys shall be determined by the Court upon proper interim applications or final application at the conclusion of the attorneys' services.

This order is entered *nunc pro tunc* to the date the application was filed.

###

**APPROVED FOR ENTRY:**

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, Esq.
BPR No. 024525
Attorney for Michael H. Fitzpatrick, Trustee
**Quist, Fitzpatrick & Jarrard, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 232
REJ@qcflaw.com